UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GARY MILTON, JR., as the Administrator of the Estate of Gary Milton, Sr. (Deceased),<br><br>*Plaintiff*<br><br>vs.<br><br>C. R. BARD, INC., a New Jersey corporation, BARD PERIPHERAL VASCULAR, INC., (a subsidiary and/or division of defendant C.R. BARD, INC.) an Arizona corporation<br><br>*Defendants.* | Case No. 5:14-cv-00351-TES |

## ORDER TO SUBSTITUTE NON-PARTY FOR PLAINTIFF

The Court, having reviewed the Motion to Substitute a Non-Party for Plaintiff, and the Non-Party having shown good cause and the Court having been otherwise fully advised, hereby enters the following Order.

IT IS HEREBY ORDERED that the Motion to Substitute should be GRANTED, and it is therefore ADJUDGED that Gary Lynn Milton, Jr., as the Administrator of the Estate of Gary Milton, Sr. (Deceased), be substituted as Plaintiff in this cause.

SO ORDERED this 28 day of April 2022.

TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE